# **EXHIBIT C**

BIZFUND, LLC
2371 McDonald Avenue
Brooklyn, NY 11223
Ph: 1 (302) 342-8810
Fax: 1 (212) 735-1422
Kishanti@bizfund.com

October 31, 2018

**VIA FEDEX**
WestRock Company
Attn: Legal Department
1000 Abernathy Road NE
Atlanta, GA 30328

### NOTICE PER UCC 9-406 RE OBLIGATION TO ASSIGNEE

RE: WESTROCK COMPANY's Merchant, "Wall Timber Products, Inc. dba Wall Timber Products and Britt Steven Wall ("Assignor")"
Fed. Tax ID0.: ▮▮▮▮▮▮▮ ; SSN: ▮▮▮▮▮▮▮
Balance: $1,225,554.00 including fees

Dear Sir/Madam:

We are writing regarding the agreement between WALL TIMBER PRODUCTS, INC. DBA WALL TIMBER PRODUCTS AND BRITT STEVEN WALL, Fed. Tax ID.: ▮▮▮▮▮▮▮ ; SSN: ▮▮▮▮▮▮▮ ("Merchant") and WESTROCK COMPANY (the "Agreement"). BIZFUND, LLC ("BIZFUND") and Merchant have entered into that certain merchant agreement, dated September 14, 2018 (the "Merchant Agreement"), a copy of which is enclosed with this letter. Pursuant to the language of the Merchant Agreement, Merchant has sold, assigned and transferred to BIZFUND its future receivables.

Merchant is in default under the terms of the Merchant Agreement due to a change in its financial institution and/or depositing account(s) without the prior written consent of BIZFUND (the "Event of Default"). The balance currently due and owing to BIZFUND pursuant to the Merchant Agreement is $1,225,554.00.

The terms of the Merchant Agreement: (i) permits BIZFUND to notify WESTROCK COMPANY of the sale of receivables and to direct WESTROCK COMPANY to make payment directly to BIZFUND of all or any portion of the amounts received by WESTROCK COMPANY, and (ii) irrevocably appoints BIZFUND as the Merchant's agent and attorney-in-fact with full authority to take any action or execute any instrument or document and to settle all obligations due to BIZFUND, including collecting money and directing third parties to make payment to BIZFUND in satisfaction of the amounts owed under the Merchant Agreement.

Notwithstanding any prior instructions to WESTROCK COMPANY, unless and until WESTROCK COMPANY receives written instructions from BIZFUND to the contrary in accordance with the terms hereof, effective immediately, WESTROCK COMPANY is hereby

irrevocably authorized and directed by BIZFUND (acting as Merchant's attorney-in-fact) to hold in trust all funds that would otherwise be paid to Merchant, as and when payment thereof is required by the Agreement, until further direction is provided by BIZFUND regarding the proper disbursement of such funds.

This notice is given to you pursuant to Section 9-406 of the Uniform Commercial Code. In order to avoid paying twice, please make payment to BIZFUND, since payment to the Merchant will not discharge the obligation to make payment to BIZFUND pursuant to this notice.

Please confirm, in writing your agreement to hold all amounts as provided in this letter. Please contact me directly at 302-342-8810 or via email at kishanti@bizfund.com.com with any questions regarding this letter and to confirm receipt of this Legal Compliance document.

Sincerely,

**Kishanti Chrispin, CP**
**SENIOR PARALEGAL**
2371 MCDONALD AVENUE
BROOKLYN, NY 11223

Phone: 1 (302) 342-8810