AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| WESTROCK CP, LLC <br> *Plaintiff(s)* <br> v. <br> WALL TIMBER PRODUCTS, INC., RADIUM2 CAPITAL, INC., INFLUX CAPITAL, LLC, BIZFUND, LLC, and ACE FUNDING SOURCE, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-cv-5740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Bizfund, LLC
    Registered Agent: Americhoice Incorporators Ltd.
    1201 N. Orange St., Suite 762
    One Commerce Center
    Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John O'Shea Sullivan
    Bret A. Beldt
    Burr & Forman LLP
    171 17th Street NW, Suite 1100
    Atlanta, Georgia 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 12/17/2018



s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*